**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SHAPIRO METAL SUPPLY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Case No. 4:25-cv-00781 |
| | ) | |
| v. | ) ) | Removed from the Circuit Court of St. Louis City, State of Missouri, |
| SECURA INSURANCE COMPANY, | ) | State Case No. 2522-CC00611 |
| | ) | |
| Defendant. | ) ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |

**NOTICE OF REMOVAL**

COMES NOW Defendant, SECURA Insurance Company (hereinafter "SECURA"), by and through the undersigned counsel, and hereby files its Notice of Removal of the above-captioned action to the United States District Court for the Eastern District of Missouri, pursuant to 28 U.S.C. §1441(a), 28 U.S.C. §1446, and 28 U.S.C. §1332, and in support respectfully states as follows:

1.      On April 1, 2025, Plaintiff filed its complaint in the Circuit Court of St. Louis City, Missouri, asserting claims for breach of contract and for vexatious refusal to pay against SECURA. A copy of the state court file for Case Number 2522-CC00611 is attached hereto and incorporated by reference herein as **Exhibit A**.

2.      On April 28, 2025, a copy of Plaintiff's complaint was served on SECURA's agent.

3.      Plaintiff is a Missouri business corporation, organized, incorporated, and existing under the laws of the State of Missouri, with its principal place of business in St. Louis City, Missouri.

1

4.      Therefore, for purposes of removal based on diversity of citizenship, Plaintiff is a citizen of the State of Missouri.

5.      SECURA is a foreign corporation organized and existing under the laws of the State of Wisconsin, with its principal place of business in Wisconsin, and is authorized to do business in the State of Missouri.

6.      Therefore, for purposes of removal based on diversity of citizenship, SECURA is a citizen of the State of Wisconsin.

7.      The amount in controversy in this action, exclusive of interest and costs, exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), in that:

a.  In Count I of its complaint, Plaintiff alleges that SECURA has failed to pay Plaintiff certain amounts allegedly due and owing under an insurance policy issued to Plaintiff by SECURA.  (See Exhibit A).

b.  In paragraph 7 of its complaint; Plaintiff alleges "unpaid damages in the sum of $2,340,689.34 . . ." which are allegedly "due and payable to Plaintiff under the terms of the policy."  Plaintiff's prayer for relief in Count I "prays for judgment against Secura Insurance Company in the sum of $2,340,689.34 . . ." (See Exhibit A).

c.  In addition to the aforesaid alleged "unpaid" policy damages, Plaintiff's complaint also seeks to recover a penalty and attorney's fees from SECURA pursuant to Missouri's Vexatious Refusal to Pay statutes.  (See Exhibit A).

d.  Based on the allegations made in the complaint, it is clear Plaintiff is seeking to recover more than Seventy-Five Thousand Dollars ($75,000.00) from SECURA.

8.      SECURA was served with Plaintiff's complaint on April 28, 2025.  Therefore, this Notice of Removal has been timely filed within thirty (30) days, pursuant to 28 U.S.C. §1446.

9.      Because complete diversity of citizenship exists between Plaintiff and SECURA, and because the amount in controversy in this action exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), removal to this Court is proper pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1446.

10.      Accompanying and attached to this Notice of Removal is a Civil Coversheet for filing in this Court.

11.      SECURA, simultaneously with the filing of this Notice of Removal, has given written notice of the filing of this Notice of Removal to Plaintiff, and will file a copy of the Notice of Removal with the Clerk of the Circuit Court of St. Louis City, Missouri.

WHEREFORE, Defendant, SECURA Insurance Company, respectfully requests that this Court accept jurisdiction of this action and provide such other and further relief as deemed just and proper under the circumstances.

**DEFENDANT DEMANDS TRIAL BY JURY**

*Respectfully submitted,*

**WATTERS WOLF BUB & HANSMANN, LLC**

/s/Robert L. Brady_____
Robert L. Brady, #47522MO
Alexa L. Lester, #68974MO
600 Kellwood Parkway, Suite 120
St. Louis, Missouri 63017
(636) 798-0575 – Phone
(636) 798-0693 – Fax
rbrady@wwbhlaw.com
alester@wwbhlaw.com
***Attorneys for Defendant***
***Secura Insurance Company***

3

## CERTIFICATE OF SERVICE

      The undersigned certifies that on this 28ᵗʰ day of May, 2025, the foregoing was filed electronically with the Clerk of Court using the Court's CM/ECF System, and the foregoing was also sent via email to:

Mr. Justin K. Summary
The Summary Law Firm
4542 W. Pine Blvd.
St. Louis, MO 63108
(314) 361-5678 – Phone
(314) 828-8292 – Fax
justin@summarylawfirm.com
*Attorney for Plaintiff*


          */s/ Robert L. Brady*

4